1  Jeralyn Kay Bercaw Spradlin, Esq. SB#121850
   Daymon M. Ferguson, Esq. SBN# 207053
2  SPRADLIN & FERGUSON
   500 E Calaveras Blvd #203
3  Milpitas, CA 95035
   Phone Number (408) 262-0136
4  Fax Number (408) 262-3402

5  Attorney for Plaintiff(s)

FILED

2010 DEC 28  A 11: 43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  MICHAEL BRIM, an individual          CASE NO. CV10-05341  HRL
    and BF ADS, a Nevada LLC
13

14            Plaintiff,

15  v.                                   1st AMENDED COMPLAINT FOR
                                         COPYRIGHT  INFRINGEMENT, AND
16  JON VINCENT, an individual and       TORTIOUS INTERFERENCE WITH
    BLACKFRIDAY.NET, an unknown business PROSPECTIVE BUSINESS ADVANTAGE.
17  entity,  Black-Friday.net an unknown business
    entity, BlackFriday.info, an unknown business
18  entity, Keepcash.com, an unknown business
    entity, and Keepcash LLC a business entity,
19  and DOES 1 – XX, inclusive,

20            Defendants.

21

22

23             Plaintiff Alleges:

24  1.    Plaintiff Michael Brim is an individual residing in San Jose California and is the founder

25  of BF ADS, a Nevada LLC.

26  2.     Jon Vincent is an individual and Plaintiff is informed and believes and thereon alleges he

27  is the owner and operator of all the business entity defendants.

28  3.    BLACKFRIDAY.NET,  Black-Friday.net, BlackFriday.info, and  Keepcash.com are all

1    business entities of unknown form, Plaintiff is informed and believes and thereon alleges

2    that they are owned and operated by defendants Keepcash LLC and Jon Vincent.

3    4.       Defendant Keepcash LLC is a limited liability company of unknown residency, Plaintiff

4    is informed and believes and thereon alleges that it is the owner of BLACKFRIDAY.NET,

5    Black-Friday.net, BlackFriday.info, and Keepcash.com and is, itself owned and operated by

6    Defendant Jon Vincent.

7    5       Defendants DOES 1 TO XX, are sued herein under fictitious names.  When their true

8    names and capacities are ascertained, plaintiffs will amend this complaint by inserting their  true

9    names and capacities herein.  Plaintiffs are informed and believe and thereon allege that each of

10   the fictitiously named defendants are responsible in some  manner for the occurrences herein

11   alleged, and that plaintiff's damages as herein alleged were proximately caused by those

12   defendants.  Each reference in thus complaint to "defendant, " "defendants," or a specifically

13   named defendant refers also to all defendants sued under fictitious names.

14   6.       Plaintiff operates a website (BFAds.net) which promotes "Black Friday" sales for several

15   retailers.  Plaintiff is paid when customers to his website visit the retailers websites, make

16   purchases and download coupons for retailer sales.

17   7.       To further plaintiff's business purposes, plaintiff created individual images for each

18   retailer and posted those on the BFAds.net website.

19   8.       On November 26, 2009 Plaintiff discovered that Defendants were taking images from

20   BFAds.net and using those images on Defendants website.

21   9.       On or about November of 2010 Plaintiff discovered that Defendants were also

22   reproducing promotional emails sent by Plaintiff to it's prior customers and using those emails to

23   promote Defendant's website.

24   10.      On December 7, 2009 Plaintiff sent Defendants a demand to cease and desist, Plaintiff

25   has received no response.

26   //

27   //

28

First Cause of Action

(Copyright Infringement)

11.    Plaintiff realleges paragraphs 1-10 of this complaint.

12.    By continuously reproducing and publishing Plaintiff's work, Defendant has and continues to infringe on Plaintiffs copyright and has thereby been engaging in unfair trade practices and unfair competition to Plaintiff's irreparable damage.

13.    The true amount of these damages is uncertain at this time. Plaintiff will amend this complaint to allege the amount upon proof thereof.

SECOND CAUSE OF ACTION

(Tortious Interference with Prospective Business Advantage)

14.    Plaintiff realleges paragraphs 1-13 of this complaint.

15.    As a proximate result of Defendants actions Plaintiff has suffered a loss of business and revenue in an amount to be determined according to proof.  Plaintiff will amend this complaint to state the true amount of damages when they become known.

Wherefore, Plaintiff prays for relief as follows.

On The First Cause of Action

1.    That Defendants and their agents, and servants be enjoined from further infringing on the copyright of Plaintiff in any manner.

2.    That Defendants be required to pay such damages as Plaintiff has sustained in consequence of Defendants' infrindgement of Plaintiff's copyright and the unfair trade practices and competition and to account for:

   a. All gains, profits, and advantages derived by Defendants by said trade practices and
      unfair competition; and

   b. All gains, profits, and advantages derived by Defendants by infringement of Plaintiffs'
      copyright and/or such damages as the court shall deem just and proper.

3.    That Defendants pay the costs of this action and reasonable attorney fees.

On The Second Cause of Action

1.   ·  That Defendants pay damages according to proof thereof

2.       That Defendants pay the costs of this action and reasonable attorney fees

On all Causes of Action

1.       That the court grant all relief it deems just and proper.

Dated:  December 27, 2010                    Law Offices of Spradlin & Ferguson


                                             Daymon M. Ferguson, Attorney for
                                             Plaintiff(s)